CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3721
FAX: (510) 637-3724
michael.keough@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REQUEST FOR JUDICIAL ASSISTANCE FROM THE LAW COURT BUCHAREST IN BUCHAREST, ROMANIA, DJ No.: 189-19-25-4, IN THE MATTER OF *CRYPTO.RO V. NITA DUMITRU-DANIEL* | No. 25-mc-80172<br><br>[~~PROPOSED~~] EX PARTE ORDER GRANTING UNITED STATES' APPLICATION PURSUANT TO 28 U.S.C. § 1782 |

Pending before the Court is an application submitted by the United States pursuant to 28 U.S.C. Section 1782 (the "Application") concerning a request by the Law Court Bucharest in Bucharest, Romania ("Romanian Court") for information from Patreon, Inc. ("Patreon"), a company located within the jurisdiction of this Court, issued in connection with a pending judicial proceeding captioned *Crypto.RO v. Nita Dumitru-Daniel*, Ref. No. 23128/3/2022. The United States requests that the Court appoint Michael A. Keough, Assistant United States Attorney ("AUSA"), as Commissioner, and authorize AUSA Keough to serve Patreon with a subpoena in accordance with the terms and conditions set forth below.

Having reviewed and considered the Application and supporting documents submitted in this case, and pursuant to the power conferred on it under 28 U.S.C. § 1782 and its inherent authority, the Court hereby ORDERS that AUSA Keough is appointed as Commissioner and is authorized to serve

Patreon with a subpoena in accordance with the terms and conditions contained in this Order, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

1. The Commissioner shall provide Patreon with a copy of this Order and the accompanying Application documents.

2. The Commissioner shall serve a subpoena upon Patreon in substantially similar format to the proposed subpoena attached as Exhibit 2 to the Declaration of Michael A. Keough, filed concurrently with the Application. The subpoena shall be served by mail on Patreon's registered service agent, with a courtesy copy sent via email to talcalan@patreon.com.

3. Patreon may provide a copy of the subpoena to the relevant account owner(s) and advise them that Patreon will provide the information responsive to the subpoena, to the extent any such information exists, unless the account owner(s) files with this Court, within 21 calendar days from the date they receive the subpoena, a motion to quash.

4. Within 30 calendar days from receipt of the subpoena, provided that no motion to quash is filed pursuant to Paragraphs 3 or 8 of this Order, Patreon shall provide the requested information, along with a notarized verification signed under penalty of perjury, to the Commissioner by email at michael.keough@usdoj.gov and to the following physical address:

> Michael A. Keough
> Assistant U.S. Attorney
> U.S. Attorney's Office for the Northern District of California
> 1301 Clay Street, Suite 340S
> Oakland, California 94612

5. The Commissioner may agree in writing and without additional Court order to provide additional time to Patreon to provide the requested information. Further, the Commissioner may, in its discretion, withdraw the subpoena. In the event the subpoena is withdrawn, Patreon shall not be obligated to provide the requested information.

6. Nothing in Paragraphs 3 or 4 above shall require Patreon to disclose information that is inconsistent with its obligations under the federal Stored Communications Act, 18 U.S.C. §§ 2701-2711.

7. This Order does not preclude the United States from filing an amended petition for a further order authorizing an amended subpoena requesting additional information from Patreon in the event the Romanian Court requests additional information from Patreon after reviewing Patreon's

[~~PROPOSED~~] ORDER
No. 25-mc-80172                                                        2

1  response to the subpoena authorized by this Order.

2      8.    This Order does not preclude Patreon from filing a motion to quash or modify the
3  subpoena.

4      IT IS SO ORDERED.

5  DATED:  **July 7, 2025**

_____